IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONALD FRAZIER, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. 13-3742 |
| CAROLYN W. COLVIN, | : | |
| Acting Commissioner of Social Security. | : | |

ORDER

WILLIAM H. YOHN, JR., J.,

AND NOW, this 21st day of July, 2015, upon consideration of the Plaintiff's Request for Review, Defendant's Response thereto, and Plaintiff's Reply, and after careful review of the Report and Recommendation of United States Magistrate Judge Marilyn Heffley, IT IS HEREBY ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The Plaintiff's Request for Review is GRANTED IN PART, and the matter is REMANDED for further review consistent with the Report and Recommendation.

BY THE COURT:

_/s/ William H. Yohn Jr._
WILLIAM H. YOHN, JR., J.